UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:16-cv-62182-BB

PAYLESS JEWELRY #3, INC.,

    Plaintiff,

v.

SMARTWORK MEDIA, INC.,
a New York Corporation,

    Defendant.
_____/

### NOTICE OF VOLUNATRY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, PAYLESS JEWELRY #3, INC., and Defendant, SMARTWORK MEDIA, INC., by and through undersigned counsel hereby files this Voluntary Dismissal without Prejudice with regard to Defendant, SMARTWORK MEDIA, INC. Each party shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

Dated: December 2, 2016

Respectfully submitted,

*/s/ Seth M Lehrman*
Seth M. Lehrman (FBN 132896)
E-mail: seth@pathtojustice.com
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Telephone: 954-524-2820
Facsimile: 954-524-2822

Joshua H. Eggnatz (Fla. Bar. No.: 0067926)
Email: JEggnatz@ELPLawyers.com
Michael J. Pascucci (Fla. Bar. No.: 83397)
Email: Mpascucci@ELPLawyers.com
EGGNATZ, LOPATIN & PASCUCCI, LLP
5400 S. University Drive, Ste. 417

                                Davie, FL 33328
                                Telephone: (954) 889-3359
                                Facsimile: (954) 889-5913

*Attorneys for Class Plaintiff(s)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on December 2, 2016, and that a notice of the electronic filing will be transmitted to counsel of record on referenced on the attached Service List.

                                */s/ Seth M. Lehrman*
                                Seth M. Lehrman

## SERVICE LIST
*Payless Jewerly #3, Inc. v. SmartWork Media, Inc.*
CASE NO.: 0:16-cv-62182-BB
United States District Court in the Southern District of Florida

Allen P. Pegg (Florida Bar No. 597821)
Email: allen.pegg@hoganlovells.com
HOGAN LOVELLS US LLP
600 Brickell Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 459-6641
Facsimile: (305) 459-6550

*Attorney for Defendant*